ARGUED FEBRUARY 6, 1978 — DECIDED FEBRUARY 24, 1978.

*Rogers & McCord, John D. McCord, III, Stephen L. Ivie,* for appellant.
*Thomas H. Pittman, District Attorney, Thomas D. Watry, Assistant District Attorney,* for appellee.

## 55197. SHORTS v. THE STATE.

WEBB, Judge.

Shorts appeals his conviction for robbery, charging that the verdict was not supported by the evidence, and assigning error on the admission, over objection, of a photograph of him which he asserts was picked out as the result of impermissibly suggestive procedures which tainted the subsequent in-court identification. We affirm.

1. The evidence was sufficient to show that the photographic line-up was not impermissibly suggestive. *Daniels v. State,* 135 Ga. App. 549 (218 SE2d 274) (1975). Additionally, the trial court was warranted in accepting the victim's in-court identification as based upon his encounter with the accused rather than the photographic line-up. *Yancey v. State,* 232 Ga. 167 (205 SE2d 282) (1974).

2. The evidence amply supported the verdict.

*Judgment affirmed. Quillian, P. J., and McMurray, J., concur.*

SUBMITTED FEBRUARY 6, 1978 — DECIDED FEBRUARY 24, 1978.

*Malone & Percilla, John Knight,* for appellant.
*William S. Lee, District Attorney, Hobart M. Hind, Assistant District Attorney,* for appellee.